**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Joseph A. Dickson, U.S.M.J. |
| v. | : Mag. No. 19-6677 (JAD) |
| VEDAT OBUZ | : **ORDER FOR CONTINUANCE** |

**THIS MATTER** having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Sara F. Merin, Assistant United States Attorney), and Defendant Vedat Obuz (by Damian Conforti, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b); and Defendant, through his attorney, having consented to the continuance; and one prior continuance having been granted; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1) Both the United States and Defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

(2) Defendant has consented to the aforementioned continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial.

**WHEREFORE**, it is on this 5th day of August, 2019;

**ORDERED** that this action be, and it hereby is, continued from the date this Order is signed through and including October 1, 2019; and it is further

**ORDERED** that the period from the date this Order is signed through and including October 1, 2019 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE JOSEPH A. DICKSON
United States Magistrate Judge

Form and entry consented to:

_____
Damian Conforti, Esq.
Counsel for Defendant Vedat Obuz

_____
Sara F. Merin
Assistant United States Attorney